# In the United States Court of Federal Claims

No. 18-1709 C
(Filed: December 18, 2018)

**ASHBRITT, INC.**

        **Plaintiff**

   v.

**THE UNITED STATES**

        **Defendant**

   **and**

**CERES ENVIRONMENTAL SERVICES, INC.**

        **Defendant-Intervenor**

**JUDGMENT**

Pursuant to the court's Order, filed December 18, 2018, and plaintiff's voluntary dismissal, filed December 12, 2018,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the case is dismissed without prejudice.

                    Lisa L. Reyes
                    Clerk of Court

            By:  s/Anthony Curry

                    Deputy Clerk